IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL STEPHENSON                                                                          PLAINTIFF
ADC #90012

V.                                        NO: 5:09CV00333 HDY

LARRY McGEE *et al.*                                                                       DEFENDANTS

## ORDER

Plaintiff filed this complaint on October 27, 2009, alleging unconstitutional conditions of confinement at the Lincoln County Jail. Among the Defendants Plaintiff named was a John Doe supervisor. Almost five months have passed, and Doe has not been identified. Accordingly, Plaintiff is directed to provide, no later than 30 days after the entry of this order, Doe's full name, so that service may be attempted. Plaintiff's failure to provide the name will result in the dismissal of his claims against Doe.

IT IS SO ORDERED this   25   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE